UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GERMAN DELERME, ET AL.,

        Plaintiffs,

- against -

WEINREB MANAGEMENT LLC, ET AL.,

        Defendants.

23-cv-5118 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

The time for defendant Weinreb Management LLC ("Weinreb Management") to respond to the complaint is extended to **July 31, 2023**. If Weinreb Management fails to respond by that date, the plaintiffs may move by order to show cause for a default judgment against Weinreb Management by **August 21, 2023**. If the plaintiffs fail to move for a default judgment against Weinreb Management by that date, the case will be dismissed without prejudice, only as against Weinreb Management, for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
            July 24, 2023

                                      John G. Koeltl
                               United States District Judge