UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GERMAN DELERME, ET AL.,

        Plaintiffs,

- against -

WEINREB MANAGEMENT LLC, ET AL.,

        Defendants.

23-cv-5118 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to submit a Rule 26(f) report by August 15, 2023.

SO ORDERED.

Dated:    New York, New York
            August 1, 2023

                                        John G. Koeltl
                                United States District Judge