```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────
GERMAN DELERME, ET AL.,
                                              23-cv-5118 (JGK)
                    Plaintiffs,
                                              ORDER
        - against -

WEINREB MANAGEMENT LLC, ET AL.,

                    Defendants.
─────────────────────────────────────
```

JOHN G. KOELTL, District Judge:

    The parties should submit a proposed civil scheduling order by **August 25, 2023.**

**SO ORDERED.**

Dated:    New York, New York
            August 18, 2023

                                      /s/ John G. Koeltl
                                      ─────────────────────────────
                                          **John G. Koeltl**
                                      **United States District Judge**