UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GERMAN DELERME,
                Plaintiff(s)

                                                      23 civ 5118 (JGK)

    -against-

WEINRAB MANAGEMENT,
                Defendant(s).
-----------------------------------------------------------X

## ORDER

A scheduling order having been entered on August 28, 2023,

The conference scheduled for October 24, 2023, at 3:30pm, is canceled.

**SO ORDERED.**

                                                           */s/ John G. Koeltl*
                                                           **JOHN G. KOELTL**
                                                    **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       October 18, 2023