```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────

**GERMAN DELERME, ET AL.,**

                 Plaintiffs,

    - against -

**WEINREB MANAGEMENT LLC, ET AL.,**

                 Defendants.

─────────────────────────────────────

23-cv-5118 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    To assist the Court in determining the reasonableness of the settlement and attorney's fees, by **December 28, 2023,** the plaintiff should provide the following information: (1) the settlement agreement; (2) an explanation of the reasonable and adequate nature of the settlement and attorney's fees; and (3) the information necessary to calculate the "lodestar cross-check" -- namely the time records for the attorney work performed, the usual hourly rate for the plaintiff's counsel, and a brief biography of any lawyers who worked on the case.

**SO ORDERED.**

**Dated:**    New York, New York
           December 15, 2023

                                           /s/ John G. Koeltl
                                        ────────────────────────────
                                              **John G. Koeltl
                                  United States District Judge**