UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GERMAN DELERME, ET AL.,

                Plaintiffs,

    - against -

WEINREB MANAGEMENT LLC, ET AL.,

                Defendants.

---

23-cv-5118 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a telephone conference on **February 14, 2024**, at **12:00 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.


Dated:    New York, New York
          February 2, 2024

                            John G. Koeltl
                  United States District Judge