```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

GERMAN DELERME, ET AL.,

                Plaintiffs,

- against -

WEINREB MANAGEMENT LLC, ET AL.,

                Defendants.

23-cv-5118 (JGK)

ORDER

**JOHN G. KOELTL**, District Judge:

    As discussed at the conference held on February 14, 2024, the case is dismissed with prejudice in accordance with the Settlement Agreement as amended. The parties agreed to strike the last two sentences of paragraph 3(C). See ECF No. 25-1. The Court finds that the Settlement Agreement is fair, reasonable, and adequate, and that the attorney's fees are reasonable. The parties should sign the amended Settlement Agreement. The Clerk is directed to close this case.

**SO ORDERED.**

Dated:    New York, New York
           February 14, 2024

                                                John G. Koeltl
                                        United States District Judge